UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVO PARTNERS LLC, UZMA KHAN, BROWNSTONE HOUSING CORPORATION, and 158W118 LLC,<br><br>                  Plaintiffs,<br><br>    -against-<br><br>CITY OF NEW YORK,<br><br>                  Defendant. | 25-CV-02531 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The parties filed a motion on consent to extend Defendant's time to respond to the complaint until July 1, 2025. (ECF 17.) That application falls within the scope of my reference. The motion is GRANTED. If Defendant files a motion to dismiss, Plaintiffs shall file their opposition by **August 1, 2025**, and Defendant shall file its reply in further support, if any, by **August 15, 2025**. If Defendant wishes to move for a stay of discovery, it shall do so by **July 1, 2025**; if Defendant files such a motion, Plaintiffs shall have until **August 1, 2025** to file their opposition, if any. In the interest of efficient case management, the initial case management conference is rescheduled until **July 8, 2025 at 11:30 AM** with the deadline for filing a joint proposed case management order extended until July 1, 2025. I do not anticipate any further extensions of this deadline absent extremely good cause shown. The Clerk of Court is respectfully requested to terminate ECF 17 and ECF 18.

DATED:    New York, New York
                June 10, 2025

SO ORDERED

*/s/ Robyn Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE