UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVO PARTNERS LLC, UZMA KHAN, BROWNSTONE HOUSING CORPORATION, and 158W118 LLC,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>CITY OF NEW YORK,<br><br>　　　　　Defendant. | 25-CV-02531 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Discovery is stayed by agreement of the parties until 30 days after the motion to dismiss is decided by the Court, or January 12, 2026, whichever date is earlier; this agreement is without prejudice to a request for a further stay of discovery in the event that the Court has not ruled on the motion to dismiss by January 12, 2026.

　　The Clerk of Court is respectfully requested to terminate ECF 28.

DATED:　　July 18, 2025
　　　　　　New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE